Argued November 3, dismissed December 21, 1966

MARTIN *v.* VAN HOOMISSEN ET AL

421 P. 2d 369

*William C. Martin,* Portland, argued the cause for appellant. With him on the brief were Dusenbery, Martin, Beatty, Parks & Templeton, John C. Beatty, Jr., and Frederick T. Smith, Portland.

*Willis A. West,* Chief Civil Deputy District Attorney, Portland, argued the cause for respondent. With him on the brief was George Van Hoomissen, District Attorney, Portland.

Before McALLISTER, Chief Justice, and PERRY, SLOAN, O'CONNELL, GOODWIN, DENECKE and HOLMAN, Justices.

PER CURIAM.

This is an appeal from an order of the circuit court for Multnomah county which approved the ballot title for an initiative measure to repeal the Multnomah County Home Rule Charter. This is the same initiative measure involved in our decision in *Stuart v. Weldon,* 245 Or 203, 421 P2d 367 (1966). That decision makes this case moot and the case is, therefore, dismissed.